GEOFFREY A. HANSEN
Acting Federal Public Defender
HEATHER M. ANGOVE
Assistant Federal Public Defender
55 S. Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Fax:         (408) 291-7399
Heather_Angove@fd.org

Counsel for Defendant LONNIE GUIDTRY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>LONNIE GUIDTRY,<br><br>　　　　　Defendant. | CR 12-00817 SBA<br><br>STIPULATION AND ORDER TO SET BRIEFING SCHEDULE<br><br><br>**Hon. Saundra Brown Armstrong** |

　　　Defendant Lonnie Guidtry, by and through counsel, is filing a motion for compassionate release. The parties hereby stipulate and agree, with the Court's approval, that the following briefing schedule shall apply to this motion:

　　　　　Compassionate Release Motion:　　June 9, 2021
　　　　　Government's Brief:　　　　　　　July 2, 2021
　　　　　Defendant's Reply:　　　　　　　July 12, 2021

The parties are available to appear for a hearing, if the Court would like to set a hearing date after the briefing is submitted.

IT IS SO STIPULATED.

Dated: June 9, 2021

GEOFFREY A. HANSEN
Acting Federal Public Defender
_____/s/_____
HEATHER M. ANGOVE
Assistant Federal Public Defender

Dated: June 9, 2021

STEPHANIE HINDS
Acting United States Attorney
_____/s/_____
BENJAMIN KLEINMAN
Assistant United States Attorney

## **ORDER**

Upon the stipulation of the parties, IT IS ORDERED that the following briefing schedule apply to the Compassionate Release motion in Defendant Lonnie Guidtry's case:

| | |
|---|---|
| Compassionate Release Motion due: | June 9, 2021 |
| Government's Brief is due: | July 2, 2021 |
| Defendant's Reply is due: | July 12, 2021 |

IT IS SO ORDERED.

DATED: 6/9/2021

*Saundra B. Armstrong*
HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Judge

STIPULATION AND ORDER TO SET BRIEFING SCHEDULE CR 12-00817 SBA